**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
CHARLOTTE **DIVISION**
**CIVIL ACTION NO.** 3:17-CV-00244-GCM

| | | |
|---|---|---|
| WELLESLEY K. CLAYTON., | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| KIA MOTOR FINANCE, | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

THIS MATTER is before the court on Plaintiff's complaint for temporary restraining order without notice. (Doc. No. 1). Plaintiff failed to certify in writing any efforts made to give notice and the reasons why it should not be required pursuant to Federal Rule of Civil Procedure 65(b) guiding temporary restraining orders without notice.

IT IS THEREFORE ORDERED that the Plaintiff's complaint for temporary restraining order without notice is DENIED. This is immediately converted into a motion for preliminary injunction and the Plaintiff is required to serve notice on the Defendant Kia Motor Finance.

Signed: May 8, 2017

Graham C. Mullen
United States District Judge