# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CIVIL ACTION NO. 3:17-CV-00244-GCM

| | |
|---|---|
| WELLESLEY K. CLAYTON., | ) |
| **Plaintiff,** | ) |
| v. | ) **ORDER** |
| KIA MOTOR FINANCE, | ) |
| **Defendant.** | ) |

THIS MATTER is before the court on its own motion. On May 8, 2017, the Court ordered that the Plaintiff's temporary restraining order be denied. That order also immediately converted the Plaintiff's motion into a motion for preliminary injunction and required that the Defendant serve notice on the Defendant Kia Motor Finance.

That Order is hereby amended in the following way: the order to serve notice on the defendant is stayed pending the result of the Court's IFP Motion.

SO ORDERED.

Signed: May 9, 2017

Graham C. Mullen
United States District Judge